HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-MJ-00080-SAB |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER PRE-APPOINTING COUNSEL** |
| THADDIS JOHNSON, JR., | **REQUEST TO SEAL** |
| Defendant. | |

Defendant, Thaddis Johnson, Jr., through the Federal Defender for the Eastern District of California, hereby requests pre-appointment of counsel.

The defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Johnson has been notified by the government that he has been charged in the District of Columbia for the offenses on January 6, 2021 at the U.S. Capitol. Mr. Johnson was referred by the government to our office to seek counsel. The government has notified our office that Mr. Johnson is scheduled to appear before Magistrate Judge Stanely A. Boone. Counsel is needed in advance of arraignment in order to facilitate his appearance on May 26, 2022.

///

///

After reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed, and that the Application and his Financial Affidavit be **SEALED**.

Dated: May 25, 2022

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby pre-appoints counsel pursuant to 18 U.S.C. § 3006A, and that the Application, Order and Financial Affidavit be **SEALED**.

IT IS SO ORDERED.

Dated: __**May 25, 2022**__

UNITED STATES MAGISTRATE JUDGE